UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HANOVER INSURANCE COMPANY,

        Plaintiff,

  v.

CRISTINA MEHLING, et al.,

        Defendants.

C16-1671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion brought by defendants Cristina Mehling and Mehling Law Firm PLLC (collectively, "Mehling Defendants") to stay this matter pending resolution of the underlying litigation between them and the Chapter 7 Bankruptcy Trustee for the Andrew Kim Bankruptcy Estate, docket no. 18, is DENIED in part and DEFERRED in part as follows:

    (a) With respect to whether plaintiff The Hanover Insurance Company has a duty to defend the Mehling Defendants in the underlying litigation, the motion to stay is DENIED.

    (b) In responding to plaintiff's motion for judgment on the pleadings, docket no. 15, if the Mehling Defendants believe they would be prejudiced in the underlying litigation if the Chapter 7 Bankruptcy Trustee and/or Andrew Kim learned the information disclosed in their responsive materials, they may file such materials under seal, without filing a separate motion to seal. Moreover, although the Chapter 7 Bankruptcy Trustee is a party to this litigation, the Mehling Defendants need not serve on the Chapter 7 Bankruptcy Trustee any materials they have filed under seal in this matter. To the extent the Mehling Defendants have filed papers under seal, plaintiff shall keep such materials confidential and shall

MINUTE ORDER - 1

refrain from making the contents of such materials available to the Chapter 7 Bankruptcy Trustee, Andrew Kim, or the public.  Plaintiff may file its reply brief and related submissions under seal, without filing a separate motion to seal, if necessary to comply with this Minute Order.

      (c)    With respect to whether plaintiff owes any duty of indemnification to the Mehling Defendants, the motion to stay is DEFERRED, and it will be addressed after or in conjunction with a ruling on plaintiff's motion for judgment on the pleadings.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2017.

    William M. McCool  
    Clerk

    s/Karen Dews  
    Deputy Clerk

MINUTE ORDER - 2