UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HANOVER INSURANCE COMPANY,

        Plaintiff,

v.

CRISTINA MEHLING, et al.,

        Defendants.

C16-1671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument is hereby SET for Friday, May 12, 2017, at 10:00 a.m., concerning the duty-to-defend portion of plaintiff's motion for judgment on the pleadings, docket no. 15, and the deferred portion of the motion to stay, docket no. 18, brought by defendants Cristina Mehling and the Mehling Law Firm PLLC (collectively, "Mehling Defendants"). The Chapter 7 Bankruptcy Trustee for the Andrew Kim Bankruptcy Estate (the "Bankruptcy Trustee") shall not be permitted to attend this hearing, and the transcript of the hearing will be sealed. If the Court denies the deferred portion of the motion to stay, the Bankruptcy Trustee will be provided an opportunity to be heard before the Court rules on whether plaintiff owes any duty of indemnification to the Mehling Defendants.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of May, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1