UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HANOVER INSURANCE COMPANY,

           Plaintiff,

v.

CRISTINA MEHLING, et al.,

           Defendants.

C16-1671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants Christina Mehling and the Mehling Law Firm PLLC (the "Mehling Defendants") are DIRECTED to file, on or before June 12, 2017, a response to plaintiff's motion for reconsideration, docket no. 32, not to exceed ten (10) pages in length. Plaintiff's motion for reconsideration, docket no. 32, is RENOTED to June 16, 2017.[1] Any reply shall be filed by the new noting date.

---

[1] By Minute Order entered May 8, 2017, docket no. 31, plaintiff's motion for judgment on the pleadings was DENIED in part as to the duty to defend, in light of disputes concerning material facts, and DEFERRED in part as to any duty of indemnification. Plaintiff does not appear to be seeking reconsideration of the Court's ruling on the motion for judgment on the pleadings, but rather seems to be asking that the Court lift or vacate the stay in this matter to permit plaintiff to proceed to trial on the duty to defend. Before the stay was imposed, this case was set for trial on January 29, 2018. *See* Minute Order (docket no. 16). In any response and any reply relating to plaintiff's motion for reconsideration, the parties shall address: (i) when the underlying state court litigation between the Mehling Defendants and the Chapter 7 Trustee for the Andrew Kim Bankruptcy Estate is anticipated to be resolved; and (ii) when the parties could be prepared for trial in this matter on the duty to defend.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2