UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CRISTINA MEHLING, et al.,<br><br>    Defendants. | C16-1671 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 49, Susannah Carr and Matthew Pierce of Gordon Tilden Thomas & Cordell LLP are permitted to withdraw as counsel of record for defendants Cristina Mehling and Mehling Law Firm PLLC, effective immediately. Although Cristina Mehling may proceed pro se on her own behalf, she may not represent Mehling Law Firm PLLC unless she is admitted to the bar of this Court. If Mehling intends to represent Mehling Law Firm PLLC, she must apply for admission to the bar of this Court and file an appropriate notice of appearance on or before September 15, 2017. If a different attorney will be representing Mehling Law Firm PLLC, such attorney shall file a notice of appearance by September 15, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1