UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HANOVER INSURANCE COMPANY,

        Plaintiff,

v.

CRISTINA MEHLING, et al.,

        Defendants.

C16-1671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 51, which indicates that the underlying state court litigation between defendants and the Chapter 7 Trustee for the Andrew Kim Bankruptcy Estate has been settled in principle, and that, if the Bankruptcy Court approves such settlement, plaintiff's motion for reconsideration and pending appeal will be withdrawn, the Court hereby ORDERS as follows:

    (a) Plaintiff's motion for reconsideration, docket no. 32, and defendants' motion for attorney fees, docket no. 44, are RENOTED to September 29, 2017.

    (b) On or before September 29, 2017, the parties shall file a Joint Status Report indicating whether the pending motions may be stricken as moot and/or this case may be dismissed with prejudice and without costs in light of the parties' settlement and, if not, what issues remain for the Court's determination and when the parties anticipate being prepared for dispositive motion practice and/or trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1