UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HANOVER INSURANCE COMPANY,

    Plaintiff,

v.

CRISTINA MEHLING, et al.,

    Defendants.

C16-1671 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to plaintiff's status reports, docket nos. 55 and 56, indicating that the underlying state court litigation between defendants Cristina Mehling and Mehling Law Firm PLLC ("Mehling") and defendant Virginia L. Burdette, the Chapter 7 Trustee for the Andrew Kim Bankruptcy Estate, has been resolved and that the settlement has been approved by the Bankruptcy Court, plaintiff's claims against Trustee Burdette are DISMISSED with prejudice and without costs.

(2)    Also pursuant to plaintiff's status reports, docket nos. 55 and 56, plaintiff's motion for reconsideration, docket no. 32, of the stay imposed by the Minute Order entered May 8, 2017, docket no. 31, is STRICKEN as moot. The underlying state court litigation having been resolved, the stay is hereby LIFTED, and this case is returned to the active docket.

(3)    Mehling's motion for attorney's fees, docket no. 44, is RENOTED to November 17, 2017. On or before November 13, 2017, plaintiff is DIRECTED to file a supplemental response, not to exceed twelve (12) pages in length, concerning whether its payment of settlement funds, *see* Trustee's Motion (Bankr. W.D. Wash. 14-16476-MLB, docket no. 33), effectively rendered Mehling a prevailing party for purposes of attorney's

MINUTE ORDER - 1

fees pursuant to <u>Olympic S.S. Co. v. Centennial Ins. Co.</u>, 117 Wn.2d 37, 811 P.2d 673 (1991), and whether Mehling's counsel's hourly rates and amount of time billed in this matter are reasonable. In its supplemental response, plaintiff shall also address whether the deferred portion of plaintiff's motion for judgment on the pleadings, docket no. 15, concerning whether plaintiff has a duty to indemnify Mehling, <u>see</u> Minute Order at ¶ 1 (docket no. 31), can be stricken as moot, and whether plaintiff's claims against Mehling can be dismissed with prejudice. Any supplemental reply by Mehling shall not exceed six (6) pages in length and shall be filed by the new noting date.

     (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of October, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 2